**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SYLUS W. KEYS, ADC #121110                                                                     PETITIONER

5:12-cv-00013-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Keys's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

2. All pending motions are DENIED as moot.

SO ORDERED this   30   day of May, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE