**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SYLUS W. KEYS, ADC #121110                                    PETITIONER

5:12-cv-00013-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                            RESPONDENT

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this __30___ day of May, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE