**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SYLUS W. KEYS, ADC #121110                                                              PETITIONER

5:12-cv-00013-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                     RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this   30   day of May, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE